# UNITED STATES PRETRIAL SERVICES AGENCY
## Eastern District of New York

# MEMORANDUM

**DATE:** July 18, 2005

**TO:** Honorable Frederic Block
United States District Judge

**RE:** Vincent Robertson
Docket No.: 05CR433

**Request for Modification of Release Conditions**

Reference is made to the above-noted defendant, who made an initial appearance before Honorable Joan M. Azrack pursuant to an indictment charging Possession of Child Pornography, in violation of 18 U.S.C. 2252. The defendant was released on that date on a $25,000 cosigned bond with the following conditions imposed: travel restricted to New York and New Jersey; surrender passport/must not apply; random home visits by Pretrial Services; weekly telephone reporting to Pretrial Services; mental health evaluation and/or treatment as directed by Pretrial Services; and no Internet access. The purpose of this memorandum is to provide Your Honor with information pertaining to the defendant's computer.

On June 30, 2005, Pretrial Services conducted a home visit, at which time it was observed that the defendant has a Macintosh computer in his bedroom. Additionally, there is a Macintosh computer in his roommate's bedroom. According to the defendant, both computers have wireless Internet access, which is dependent upon a card that can be removed from each computer. The defendant noted that he is in possession of his Internet card, which he keeps in his home.

Pretrial Services is uncomfortable with this arrangement, given that the defendant is being charged with a computer-assisted crime and a computer with Internet access is accessible in his own bedroom. Additionally, if an order were to be endorsed by Your Honor permitting Pretrial Services to monitor the defendant's computer use, Pretrial Services would be unable to comply with this given that we do not have software capable of monitoring Macintosh computers. In light of this, Pretrial Services is respectfully recommending that the defendant be ordered to surrender his Internet access card to case agents. Pretrial Services contacted Assistant United States Attorney Nicole Boeckmann, who advised that she is in agreement with this recommendation. Additionally, the matter was discussed with the defendant, who expressed a willingness to comply with this condition. Pretrial Services has prepared and attached an order to this memorandum, should Your Honor wish to impose this condition.

Should Your Honor have any questions or concerns, please contact the undersigned at (718) 260-2348.

Prepared by: _____    Approved by: _____
Melissa A. Roman                              Taia V. Givens
U.S. Pretrial Services Officer                Supervising Pretrial Services Officer

Attachment

RE:  Vincent Robertson
Docket No.:  05CR433

IT IS THE ORDER OF THE COURT THAT:

☑ The defendant's conditions of release be modified to include the condition that he surrender any and all Internet access card(s) in his possession to case agents of the Immigration and Customs Enforcement.

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____

SO ORDERED,

_____
Honorable Frederic Block
U.S. District Judge

Aug. 25, 2005
Date

cc:  Nicole Boeckmann, Esq. (Assistant U.S. Attorney)
     Howard Schwartz, Esq. (defense counsel)